## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| PEN-ONE ACQUISITION GROUP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.<br><br>　　　　　　Defendant. | **Civil Action No. 1:17-cv-179-KD-MU** |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Pen-One Acquisition Group, LLC and Defendant Apple Inc., pursuant to Fed. R. Civ. P. 41(a)(1), by and through their respective undersigned counsel, hereby dismiss without prejudice all claims between the parties in the above-captioned case. It is the intent of the parties that this Dismissal without Prejudice effectively ends this litigation, with each party to bear its own costs, expenses and attorneys' fees.

DATED: September 20, 2017

| | |
|---|---|
| JONES WALKER LLP<br><br>By: */s/ Matthew C. McDonald*<br>Matthew C. McDonald (MCDOM2996)<br>Jones Walker LLP<br>11 North Water Street, Suite 1200<br>Mobile, Alabama 36602<br>Telephone: (251-) 439-7576<br>Facsimile: (251) 439-7385 | BRADLEY ARANT BOULT CUMMINGS LLP<br><br>By: */s/ Jake M. Gipson (with permission)*<br>Brian A. Wahl (ASB-3819-A59W)<br>Joel M. Kuehnert (ASB-6527-N77J)<br>Paul M. Sykes (ASB-4309-S52P)<br>Jake M. Gipson (ASB-4448-W03V)<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Telephone: (205) 521-8000 |

| | |
|---|---|
| DEVLIN LAW FIRM LLC | Facsimile: (205) 521-8800 |
| | bwahl@bradley.com |
| By: */s/ Timothy Delvin (with permission)* | jkuehnert@bradley.com |
| Timothy Devlin (*pro hac vice*) | psykes@bradley.com |
| 1306 N. Broom St., 1st Floor | jgipson@bradley.com |
| Wilmington, DE 19806 | |
| tdevlin@devlinlawfirm.com | *Attorneys for Defendant.* |
| Telephone: (302) 449-9010 | |
| Facsimile: (302) 353-4251 | |

*Attorneys for Plaintiff*

 

**SO ORDERED THIS** \_\_\_\_ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Matthew C. McDonald*
Matthew C. McDonald